**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDRICK MARTINEZ,
    Appellant,
    vs.
THE STATE OF NEVADA,
    Respondent.

No. 68194

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Stewart L. Bell, Judge.

On June 8, 2015, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc: Chief Judge, The Eighth Judicial District Court
  Hon. Stewart L. Bell, Senior Judge
  Fredrick Martinez
  Attorney General/Carson City
  Clark County District Attorney
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29471